# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thi My Van Tran, | No. CV-26-03229-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On May 7, 2026, Petitioner filed her Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) Petitioner asserts that her immigration detention violates the Fifth Amendment. (*Id.*) The Court directed Respondents to file a response on May 8, 2026. (Doc. 6.) On June 15, 2026, the referred magistrate judge issued an Order to Show Cause because of Respondents' failure to file a timely response. (Doc. 15.) Thereafter, on June 22, 2026, Respondents filed their Response, wherein Respondents state:

> Respondents, by and through counsel, hereby respond to the Petition for a Writ of Habeas Corpus (Doc. 1) and the Court's Order to Show Cause (Doc. 6 and Doc. [15]). Respondents do not oppose release of the Petitioner.

(Doc. 16.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

//

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to her request for immediate release from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **48 HOURS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -